# Challenge to Constitutionality of a State Statute

This form must be completed by a party filing a petition, motion or other pleading **challenging the constitutionality of a state statute.** The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

15th COURT OF APPEALS
AUSTIN, TEXAS

SEP 1 1 2025

CHRISTOPHER A. PRINE
CLERK

**Cause Number** *(For Clerk Use Only):*          **Court** *(For Clerk Use Only):*

Styled: John Eric Anderson v. State of Texas, et. al

*(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

---

**Contact information for party\* challenging the constitutionality of a state statute.** *(\*If party is not a person, provide contact information for party, party's representative or attorney.)*

Name: John Eric Anderson          Telephone: (409) 724 1515

Address: 3695 FM 3514          Fax:

City/State/Zip: Beaumont, TX 77705          State Bar No. (if applicable):

Email:

Person completing this form is:   ☐ Attorney for Party  ☒ Unrepresented Party ☐ Other:

---

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☒ Petition      ☐ Answer      ☐ Motion (Specify type):
☐ Other:

---

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☒ Yes  ☐ No

---

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

Texas Constitution Article I §17.

Texas Civil Practice & Remedies Article (s) 14.003, or 14.004, or 14.005

I filed a claim for property taken by the State of Texas via inverse condemnation. The District Court has alleged that I am barred from recovery stating invariably my claim is barred by TCP&R §14.003, 14.004, 14.005, or via Texas Government Code § 508.283, or other unknown reason. This leaves me without a forum to recover my lost property.

9/5/13

| Appellate Docket Number: | 15-25-00132-CV |
|---|---|
| Appellate Case Style: | John Eric Anderson |
| Vs. | State of Texas, et al. |

| Companion Case(s): | D-1-GN-25-001988 |
|---|---|

Amended/Corrected Statement ☐

# DOCKETING STATEMENT (Civil)

Appellate Court:     15th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

## I. Appellant

☑ Person  ☐ Organization

Name: John Eric Anderson

☑ Pro Se

*If Pro Se Party, enter the following information:*

Address: 3695 FM 3514

City/State/Zip: Beaumont, TX 77705

Tel. 409 724 1515  Ext.          Fax:

Email:

## II. Appellant Attorney(s)

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

## II. Appellant Attorney(s) - Continued

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Select   *Takings Claim   Tex. Const. Art. I §17*

Date Order or Judgment signed: *July 31, 2025*          Type of Judgment: Select

Date Notice of Appeal filed in Trial Court: *98th District Court*

   If mailed to the Trial Court clerk, also give the date mailed: *August 2, 2025*

Interlocutory appeal of appealable order:   ☐ Yes   ☑ No

   If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

---

Accelerated Appeal (See TRAP 28):   ☐ Yes   ☑ No

   If yes, please specify statutory or other basis on which appeal is accelerated:

---

Parental Termination or Child Protection? (See TRAP 28.4):   ☐ Yes   ☑ No

Permissive? (See TRAP 28.3):   ☐ Yes   ☐ No

   If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):   ☐ Yes   ☑ No

   If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?   ☐ Yes   ☑ No

   If yes, please specify statutory or other basis for such status:

---

Does this case involve an amount under $100,000?   ☐ Yes   ☑ No

Judgment or Order disposes of all parties and issues?   ☑ Yes   ☐ No

Appeal from final judgment?   ☑ Yes   ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?   ☑ Yes   ☐ No

If yes, you must also complete and file the Challenge to Constitutionality of a State Statute form.
   If yes, is the Attorney General of Texas a party to the case?   ☑ Yes   ☐ No

## VI. Actions Extending Time to Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☐ Yes ☑ No | If yes, date filed: | |
| Motion to Modify Judgment: | ☐ Yes ☑ No | If yes, date filed: | |
| Request for Findings of Fact and Conclusions of Law: | ☑ Yes ☐ No | If yes, date filed: *August 4, 2025* | |
| Motion to Reinstate: | ☐ Yes ☑ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes ☑ No | If yes, date filed: | |
| Other: *Motion for Late Findings of Fact & Conclusions of Law* | ☑ Yes ☐ No | *August 27, 2025* | |

   If Other, please specify:

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?  ☑Yes ☐ No

Was Reporter's Record requested?  ☑Yes ☐No

    If yes, date requested:  July 31, 2025

    If no, date it will be requested:

Was the Reporter's Record electronically recorded? ☐ Yes ☐ No     Unknown

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐No ☑Indigent

| ☐ Court Reporter ☐ Court Recorder<br>☐ Official ☐ Substitute<br><br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.    Ext.    Fax:<br>Email: | ☐ Court Reporter ☐ Court Recorder<br>☐ Official ☐ Substitute<br><br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.    Ext.    Fax:<br>Email: |
|---|---|

## X. Supersedeas Bond

Supersedeas bond filed? ☐ Yes ☐ No

    If yes, date filed:

    If no, will file? ☐ Yes ☐No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court? ☐ Yes ☑No

    If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation - Continued
### (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case? ☐ Yes ☐ No

Can the parties agree on an appellate mediator? ☐ Yes ☐ No

    If yes, please give the name, address, telephone, fax, and email address:

    Name:

    Address:

    Telephone:      Ext.

    Fax:

    Email:

Languages other than English in which the mediator should be proficient:

Name of the person filling out mediation section of docketing statement:

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court          Docket:

Style:

  Vs.

---

Court: Select Appellate Court          Docket:

Style:

  Vs.

---

Court: Select Appellate Court          Docket:

Style:

  Vs.

---

Court: Select Appellate Court          Docket:

Style:

  Vs.

---

Court: Select Appellate Court          Docket:

Style:

  Vs.

---

Court: Select Appellate Court          Docket:

Style:

  Vs.

## XV. Fifteenth Court of Appeals Jurisdiction

Effective 9/1/24, certain cases filed with this court must be transferred to the new Fifteenth Court of Appeals (See SB 1045, 88th Legislature, Regular Session). To assist the court in the orderly transfer or cases, please complete the following information.

Does this appeal involve a matter brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education as defined by Section 61.003, Education Code, or by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct? ☐Yes ☐No

If the answer is yes, does this appeal involve:

- ☐ a proceeding brought under the Family Code and any related motion or proceeding;
- ☐ a proceeding brought under Chapter 7B or Article 17.292, Code of Criminal Procedure;
- ☐ a proceeding brought against a district attorney, a criminal district attorney, or a county attorney with criminal jurisdiction;
- ☐ a proceeding relating to a mental health commitment;
- ☐ a proceeding relating to civil asset forfeiture;
- ☐ a condemnation proceeding for the acquisition of land or a proceeding related to eminent domain;
- ☐ a proceeding brought under Chapter 101, Civil Practice and Remedies Code;
- ☐ a claim of personal injury or wrongful death;
- ☐ a proceeding brought under Chapter 125, Civil Practice and Remedies Code, to enjoin a common nuisance;
- ☐ a proceeding brought under Chapter 55, Code of Criminal Procedure;
- ☐ a proceeding under Chapter 22A, Government Code;
- ☐ a proceeding brought under Subchapter E-1, Chapter 411, Government Code;
- ☐ a proceeding brought under Chapter 21, Labor Code;
- ☐ a removal action under Chapter 87, Local Government Code;
- ☐ a proceeding brought under Chapter 841, Health and Safety Code;

## XVI. Signature

| | |
|---|---|
| *[signature]* | 9 - 3 - 2025 |
| Signature of counsel (or Pro Se Party) | Date |
| John ERic AndeRson | |
| Printed Name | State Bar No. |
| /s/ Your Name | |
| Electronic Signature (Optional) | Name |

## XVII. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

| | |
|---|---|
| *[signature]* | /s/ Your Name |
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |

State Bar No.

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by the attorney.

| **Please enter the following for each person served that is not an attorney for a party:** | |
|---|---|
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.              Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.              Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.              Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.              Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.              Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.              Ext.<br>Fax:<br>Email: |

John Eric Anderson
#552116
Le-Blanc Unit 3 Bldg 6-10-13
3695 Fm 3514
Beaumont, Texas 77705

HOUSTON TX RPDC 773
9 SEP 2025 PM 4 L

1775

(Legal mail)

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
SEP 11 2025
CHRISTOPHER A. PRINE
CLERK

Fifteenth Court Of Appeals - 23
P.O. Box 12852
Austin, Texas
78711

787 - 285252